# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| EXECUTIVE RISK SPECIALTY INSURANCE CO., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:07-CV-414<br>)<br>) |
| SAFETY & ECOLOGY CORP., | )<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, and upon agreement by the parties that this cause be dismissed with prejudice, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims in the above-styled action be dismissed with prejudice. Each party shall be responsible for their own costs.

Dated this 11th day of Feb, 2008.

_____
R. LEON JORDAN
UNITED STATES DISTRICT COURT JUDGE

MILLER & MARTIN PLLC

By: /s/Larry L. Cash
    Larry L. Cash, BPR No. 009386
    832 Georgia Avenue, Suite 1000
    Chattanooga, Tennessee 37402
    Phone: (423) 756-6600
    Fax:    (423) 785-8480
    *Attorneys for Plaintiff*


PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.

By: /s/Gary R. Patrick by L. Cash with express permission
    Gary R. Patrick, BPR No. 1941
    Susie Lodico, BPR No. 23754
    537 Market Street, Suite 202. Market Court
    Chattanooga, TN 37402
    Phone: (423) 756-7117
    Fax:    (423) 267-5032
    *Attorneys for Defendant*